UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **16-20355-CR-ALTONAGA/O'SULLIVAN**

21 U.S.C. § 963
21 U.S.C. § 853

FILED by TB
MAY 17 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA.

UNITED STATES OF AMERICA

vs.

**JOEL ARMANDO GALEAS RODRIGUEZ,**
    a/k/a "Joel Ulloa,"
        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2007, and through the date of this Indictment, the defendant,

**JOEL ARMANDO GALEAS RODRIGUEZ,**
a/k/a "Joel Ulloa,"

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to **JOEL ARMANDO GALEAS RODRIGUEZ, a/k/a "Joel Ulloa,"** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JOEL ARMANDO GALEAS RODRIGUEZ, a/k/a "Joel Ulloa,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1)-(2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 8

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOEL ARMANDO GALEAS RODRIGUEZ,
a/k/a "Joel Ulloa,"
          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

  __X__ Miami   ____ Key West
  ____ FTL   ____ WPB   ____ FTP

New Defendant(s)   Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __Yes__
   List language and/or dialect   Spanish

4. This case will take __7-10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ____ | | Petty | ____ |
   | II | 6 to 10 days | __x__ | | Minor | ____ |
   | III | 11 to 20 days | ____ | | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | | Felony | __X__ |
   | V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No


                                               _____
                                               MONIQUE BOTERO
                                               ASSISTANT UNITED STATES ATTORNEY
                                               Florida Bar No./Court No.  722286

*Penalty Sheet(s) attached                                                                       REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JOEL ARMANDO GALEAS RODRIGUEZ</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to distribute more than five kilograms of cocaine knowing it would be imported into</u>

<u>the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\*Max. Penalty:**   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.