UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20355-CR-ALTONAGA(s)
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOEL ARMANDO GALEAS RODRIGUEZ,
a/k/a "Joel Ulloa,"

Defendant.
_____/

FILED BY ___TB___

Sep 29, 2017

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2007, the exact date being unknown to the Grand Jury, and continuing through on or about the date of this Superseding Indictment, in the countries of Honduras, Guatemala, Colombia, Venezuela, Panama, and Mexico, and elsewhere, the defendant,

**JOEL ARMANDO GALEAS RODRIGUEZ,**
a/k/a "Joel Ulloa,"

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **JOEL ARMANDO GALEAS RODRIGUEZ**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>16-20355-CR-ALTONAGA(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**JOEL ARMANDO GALEAS RODRIGUEZ,**
a/k/a "Joel Ulloa,"

        **Defendant.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2007, the exact date being unknown to the Grand Jury, and continuing through on or about the date of this Superseding Indictment, in the countries of Honduras, Guatemala, Colombia, Venezuela, Panama, and Mexico, and elsewhere, the defendant,

**JOEL ARMANDO GALEAS RODRIGUEZ,**
a/k/a "Joel Ulloa,"

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **JOEL ARMANDO GALEAS RODRIGUEZ**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of

other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## **CRIMINAL FORFEITURE ALLEGATIONS**

1. The allegations in this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOEL ARMANDO GALEAS RODRIGUEZ**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 16-20355-CR-Altonaga(s)

vs.

CERTIFICATE OF TRIAL ATTORNEY*

JOEL ARMANDO GALEAS RODRIGUEZ,

**Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No _x_
Number of New Defendants
Total number of counts _1_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect  Spanish

4. This case will take  6-10  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)

   I    0 to 5 days    ___          Petty    ___
   II   6 to 10 days   _X_          Minor    ___
   III  11 to 20 days  ___          Misdem.  ___
   IV   21 to 60 days  ___          Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes:
   Judge: _Altonaga_   Case No. _16 CR 20355_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes  _X_ No

WALTER NORKIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5502189

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOEL ARMANDO GALEAS RODRIGUEZ

**Case No:** 16-20355-CR-ALTONAGA(s)

Count #: 1

Conspiracy to distribute more than five kilograms of cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

*Max. Penalty: Life Imprisonment

Count #: 2

*Max. Penalty:

Count #: 3

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.